# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JOE STANLEY BROWN, JR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:18cv00128 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| BOBBY D. RUSSELL, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

By order entered March 26, 2018, the court conditionally filed Brown's complaint brought pursuant to 42 U.S.C. § 1983 and advised Brown that he must notify the court immediately upon his transfer or release and provide the court with a new address. The court warned Brown that failure to notify the court of a change of address would result in dismissal of his case. On April 26, 2018, a court order that was sent to Brown was returned to the court as undeliverable, with no forwarding address and indicating that Brown had been released from incarceration. Brown has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss Brown's complaint without prejudice. Brown is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

    **ENTER**: This __26th__ day of April, 2018.

 

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE