# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JOE STANLEY BROWN, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:18cv00128 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BOBBY D. RUSSELL, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion and order entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and this case is **STRICKEN** from the active docket of this court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to plaintiff at his last known address.

**ENTER**: This  26th  day of April, 2018.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE